**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6516**

———————

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

WILFREDO GONZALEZ LORA,

                                        Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (CR-98-358-A)

———————

Submitted:  April 8, 2003                 Decided:  May 15, 2003

———————

Before TRAXLER, KING, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Wilfredo Gonzalez Lora, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Wilfredo Gonzalez Lora appeals the district court's orders denying his motions for reproduction of personal legal papers, for information on a deported government witness, and for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Lora, No. CR-98-358-A (E.D. Va. filed Feb. 15, 2002 & entered Feb. 19, 2002; Mar. 15, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED